USPS TRACKING #



9590 9402 8054 2349 8271 14

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**US District Court**
**55 Pleasant St., Room 110**
**Concord, NH 03301**



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Evie Sassal*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUL 28 2025  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue NW**<br>**Washington DC 20530** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>INSPECTED 28 |

9590 9402 8054 2349 8271 14

2. Article Number (Transfer from service label)

7022 3330 0001 4454 1841

☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt