UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jonathan H. Davis</u>

    v.                                        Case No. 25-cv-252-JL-AJ

<u>FCI Berlin, Warden</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante dated November 5, 2025, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated October 6, 2025, judgment is hereby entered.

                                                      By the Court:

                                                      Tracy A. Uhrin
                                                      Clerk of Court

Date: November 5, 2025

cc:    Jonathan H. Davis, pro se
       Kasey A. Weiland, AUSA